ANITA MONICK, by Her Guardian ad Litem, HARRY MONICK, and HARRY MONICK, Respondents, v. PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY and ROBERT J. FALLERT, as Executors, etc., of KATHERINE GERTRUDE FALLERT, Appellants.— Motion for leave to appeal to the Appellate Division and for other relief denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell and Taylor, JJ.; Adel, J., not voting.

ETHEL MOONITZ, Respondent, and LOUIS MOONITZ, Plaintiff, v. BORO HALL LEASING CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER YANNUCCI, etc., ALFRED DE VIVA, ANDREW GROSSI, WALLACE TADDEO and DOMINICK YANNUCCI, etc., Appellants.— Motion to resettle orders of this court dated December 4, 1939, referred to the court that rendered the decisions on the appeals. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ. Motion to resettle orders of this court dated December 4, 1939, denied. [See 258 App. Div. 171.] Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 42ND STREET BUILDING CORPORATION, Appellant, v. WILLIAM STANLEY MILLER and Others, Commissioners of the Board of Taxes and Assessments of the City of New York, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

SOL RIBA, Respondent, v. LOUIS N. FIELD and REBECCA FIELD, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

FANNY SCHREIBER and Another, Appellants, v. GEORGE S. EDIE and Others, Defendants; JAMES E. HOWES and Another, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

WILLIAM SHAFFER, SR., Respondent, v. THE NORTHEAST COMPANY, INC., Appellant.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

HARRY L. STANLEY, Appellant, v. CHRIS-CRAFT CORPORATION, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ,

JOHN L. STEINBUGLER, Respondent, v. WILLIAM C. ATWATER & Co., INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

HENRY N. STEINERT, as Executor, etc., of CORNELIUS J. MURPHY, Deceased, Appellant, v. THE BRUNSWICK HOME, INC., Respondent, and MORRIS ROBERT KEEN, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

MEYER SUTTER, Appellant, v. HUDSON COAL COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.